**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Baldomero GONZALEZ-RAMIREZ, also known as Juan Gonzalez-Ramirez, also known as Ivan Gonzalez, also known as Antonio De La Cruz, Defendant-Appellant**

**No. 16-50224**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed September 18, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Baldomero Gonzalez-Ramirez, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The Federal Public Defender appointed to represent Baldomero Gonzalez-Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez-Ramirez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gonzalez-Ramirez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.